People v Brown (2023 NY Slip Op 02950)

People v Brown

2023 NY Slip Op 02950

Decided on June 01, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 01, 2023

Before: Kapnick, J.P., Oing, Gesmer, Singh, Shulman, JJ. 

Ind. No. 3525/16 Appeal No. 352 Case No. 2019-4532 

[*1]The People of the State of New York, Respondent,
v
Joshua Brown, Defendant-Appellant.

Caprice R. Jenerson, Office of the Appellate Defender, New York (Kameron Johnston of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Alexander Michaels of counsel), for respondent.

Judgment, Supreme Court, New York County (Ruth Pickholz, J.), rendered April 26, 2018, convicting defendant, after a jury trial, of two counts of robbery in the second degree (two counts) and assault in the second degree, and sentencing him, as a second violent felony offender, to an aggregate term of 12 years, unanimously reversed, on the law, and the matter remanded for a new trial.
As the People concede, defendant is entitled to a new trial based on the same error that led to the reversal of the convictions of two codefendants with whom he was
jointly tried (see People v Murray, 39 NY3d 10 [2022]; People v Sanford, 210 AD3d 510 [1st Dept 2022]). THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 1, 2023